In the Matter of the Application of GEORGE R. BRENNAN, as Chairman of the Republican County Committee of Nassau County, for Relief by a Peremptory Order of Mandamus, or Otherwise, Appellant, against JOHN S. THORP, as County Clerk and Acting as a Board of Elections for and in the County of Nassau, and

---

* Affd., 265 N. Y. 600.　　　　　　† Affd., 265 N. Y. 599.

Another, Respondents.— Order affirmed as a matter of law and not in the exercise of discretion. Legislation upon which *Matter of Haskell v. Voorhis* (246 N. Y. 256) was predicated was changed by section 249 of the Election Law (Laws of 1932, chap. 587). Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.